IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| CARPET, LINOLEUM & SOFT TILE LOCAL UNION 1926 TRUST FUNDS (Carpet, Linoleum & Soft Tile Local 1926 Annuity Trust Fund, Health & Welfare Trust Fund, Market Recovery Trust Fund, Pension Trust Fund, Training Trust Fund and Vacation & Holiday Trust Fund), by their Trustees Harris N. Nakamura, Raymond Mori, Malcolm Kaleo Nakamura, Lynn Kinney, Joseph Bazemore, and David Stone, Plaintiffs, vs. INNOVATIVE FLOORING SYSTEMS, INC. , Defendant. | CV 11-00489 SOM-BMK |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on July 10, 2012 and served on all parties on July 11, 2012 , and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation Granting Plaintiffs' Motion for Default Judgment Against

Defendant Innovative Flooring Systems, Inc., Filed on April 20, 2012 " are adopted as the opinion and order of this Court.

        IT IS SO ORDERED.

        DATED: Honolulu, Hawaii, July 30, 2012.



        /s/ Susan Oki Mollway
        Susan Oki Mollway
        Chief United States District Judge

CARPET, LINOLEUM & SOFT TILE LOCAL UNION 1926 TRUST FUNDS v. INNOVATIVE FLOORING SYSTEMS, INC., CV 11-00489 SOM-BMK ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION